94 P.3d 685

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Freitas v. Administrative Director of Courts | 25323 | 07/20/2004 | Denied | 104 Hawai'i 483, 92 P.3d 993 |
| Cooke v. Marzec | 25274 | 07/26/2004 | Dismissed | 104 Hawai'i 321, 89 P.3d 534 |
| Hutch v. State | 24185 | 07/15/2004 | Dismissed | —— Hawai'i ——, —— P.3d —— |
| Kiehm v. Adams | 25411 | 06/15/2004 | Granted | —— Hawai'i ——, —— P.3d —— |
| State v. Ng | 25029 | 07/26/2004 | Denied | 105 Hawai'i 74, 93 P.3d 1181 |